need be added to the opinion of the court at the trial. The judgment must therefore be affirmed, with costs. All concur.

BISCHOFF, Appellant, v. BISCHOFF, Respondent. (Supreme Court, Appellate Division, Second Department. November 25, 1903.) Action by Franklin J. Bischoff against Henry Bischoff. No opinion. Order to make complaint more definite and certain modified, by striking out so much of the order as vacates the complaint, and, as thus modified, affirmed, without costs of this appeal to either party.

In re BOARD OF EDUCATION. (Supreme Court, Appellate Division, First Department. October 16, 1903.) In the matter of the Board of Education. No opinion. Notice of this application must be given to Charles A. and Eleanor Hopfensack.

In re BOARD OF RAPID TRANSIT R. COM'RS. (Supreme Court, Appellate Division, First Department. November 13, 1903.) In the matter of the Board of Rapid Transit Railroad Commissioners. No opinion. Motion granted.

BOEHMER, Respondent, v. KIRCHNER et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 20, 1903.) Action by Arthur Boehmer against Albin Kirchner and Charlotte Kirchner. No opinion. Judgment of the Municipal Court affirmed, with costs.

BOICE, Respondent, v. JONES, et al., Appellants. (Supreme Court, Appellate Division, First Department. October 16, 1903.) Action by Hewitt Boice against Percival S. Jones and others. No opinion. Motion denied, with $10 costs.

In re BOMMER. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) In the application of Ferdinand J. Bommer for admission to practice.
PER CURIAM. Ordered, that the application of said Ferdinand J. Bommer for admission to the bar be granted, but that said applicant be not allowed to take the oath of office of attorney and counselor until the January, 1904, term of this court.
WILLIAMS, J., dissents. STOVER, J., not voting.

BOYD v. UNITED STATES MORTGAGE & TRUST CO. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Julia S. Boyd against the United States Mortgage & Trust Company. No opinion. Motion denied, with $10 costs.

BRADY, Appellant, v. BRADY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 17, 1903.) Action by Anna Brady against Mary Brady and others.

PER CURIAM. Judgment affirmed, with costs, upon opinion of ANDREWS, J., delivered at Special Term. 65 N. Y. Supp. 621.
SPRING and STOVER, JJ., dissent.

BRADY v. KENNEDY et al. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by William A. Brady against James C. Kennedy and others. No opinion. Motion to dismiss appeal denied.

BRADY v. KENNEDY et al. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by William A. Brady against James C. Kennedy and others. No opinion. Motion for leave to withdraw appeal granted, upon payment of $10 costs.

BRANTINGHAM, Appellant, v. PRENTICE et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 22, 1903.) Action by May Thorne Brantingham against William P. Prentice and the Printing Telegraph News Company. No opinion. Appeal withdrawn by consent of the parties.

BRENDEL, Respondent, v. BURGWARDT, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1903.) Action by George J. Brendel against Fred C. Burgwardt. No opinion. Judgment affirmed, with costs.

BRENNAN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1903.) Action by Michael Brennan against the city of New York. No opinion. Judgment of the Municipal Court affirmed, with costs.

BRIGGS, Appellant, v. DEVOE, Respondent. (Supreme Court, Appellate Division, Third Department. December 1, 1903.) Action by Henry F. Briggs against Daniel I. Devoe, as executor, etc. No opinion. Judgment unanimously affirmed, with costs.

BRIGHTSON, Respondent, v. H. B. CLAFLIN CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1903.) Action by George E. Brightson against the H. B. Claflin Company. No opinion. Motion for leave to appeal to the Court of Appeals granted.

BROADWAY TRUST CO., Respondent, v. HART, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by the Broadway Trust Company against Max Hart, alias Max Hertz. M. D. Steuer, for appellant. I. L. Bamberger, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BROOKLYN WAREHOUSE & DRY DOCK CO., Respondent, v. BROOKLYN DOCK & TERMINAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Action by the